JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAFWAT FELFEL WASSEF dba NADY'S MARKET #9; MANAL M. ZAKI dba NADY'S MARKET #9; ASAF QADEER; GHAZALA SHAHEEN ASAF,<br><br>    Defendants.<br>_____ | Case No.<br><br>CV 13-02641 DDP (MRWx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

  IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 12, 2013

                        DEAN D. PREGERSON<br>                        United States District Judge